UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD GLOVER,

    Petitioner,

v.

CRAIG KOENIG,

    Respondent.

Case No. 19-cv-00148-HSG

**JUDGMENT**

This action is DISMISSED for lack of federal habeas jurisdiction, and a certificate of appealability is DENIED. Judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/27/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge